CHRISTINE S. HASKETT (Cal. Bar No. 188053)
Email: haskettcs@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Apple Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE INC.; APPLE RETAIL GERMANY GMBH; and APPLE SALES INTERNATIONAL,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Nokia Inc. Incorporated for Use in Foreign Proceedings | Civil Case No.: 3:12-mc-80013-JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE NOKIA, INC.'S MOTION TO QUASH** |

Whereas Apple Inc., Apple Retail Germany GmbH, Apple Sales International (collectively, "Apple"), and Nokia, Inc. are in the process of conferring to attempt to reach agreement on some of the issues raised in Nokia's Motion to Quash (Dkt. 6);

Apple and Nokia therefore stipulate and agree to extend the deadline for Apple to file an opposition to Nokia's Motion to Quash (Dkt. 6) to March 22, 2012, and to continue the date for the hearing on Nokia's Motion to Quash to ~~April 16, 2012~~.  April 23, 2012 at 9:00 am.

1
2
3  DATED:   March 1, 2012
4
5
6                                                          By:   /s/ Christine S. Haskett
7
   Christine S. Haskett

   Covington & Burling LLP
8  Attorneys for Applicants Apple, Inc.
9
                                                           By:   /s/ Laura S. Huffman
10
   Laura S. Huffman
11
   King & Spalding
12 Attorneys for Nokia, Inc.
13
14 IT IS SO ORDERED

15 Dated:  March 5, 2012

16
   By:  _____/s/ James Ware_____
17
       Hon. James Ware,
18     United States District Court Judge
19
20
21
22
23
24
25
26
27
28

2

STIPULATION RE MOTION TO QUASH;
Case No. 3:12-mc-80013-JW