UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE INC.; APPLE RETAIL GERMANY GMBH; and APPLE SALES INTERNATIONAL,<br><br>    Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Nokia Inc. Incorporated for Use in Foreign Proceedings | Civil Case No.: 3:12-mc-80013-JW<br><br>[PROPOSED] ORDER RE BRIEFING SCHEDULE |

*Approved — Judge James Ware*

Whereas Apple Inc., Apple Retail Germany GmbH, Apple Sales International (collectively, "Apple"), and Nokia Inc. are continuing to confer to attempt to reach agreement on some of the issues raised in Nokia's Motion to Quash (Dkt. 4); Apple and Nokia therefore stipulate and agree to further extend the deadline for Apple to file an opposition to Nokia's Motion to Quash (Dkt. 4) to March 29, 2012.

IT IS SO ORDERED

Dated:  March 27, 2012

_____
Hon. James Ware
United States District Court Judge