*IT IS SO ORDERED AS MODIFIED*

*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE INC.; APPLE RETAIL GERMANY GMBH; and APPLE SALES INTERNATIONAL,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Nokia Inc. Incorporated for Use in Foreign Proceedings | Civil Case No.: 3:12-mc-80013-JW<br><br>**[PROPOSED] ORDER RE BRIEFING SCHEDULE AND HEARING** |

|   |   |
|---|---|
| 1 | Whereas Apple Inc., Apple Retail Germany GmbH, Apple Sales International (collectively, "Apple"), and Nokia Inc. are continuing to confer to attempt to reach agreement on some of the issues raised in Nokia's Motion to Quash (Dkt. 4); Apple and Nokia therefore stipulate and agree to further extend the deadline for Apple to file an opposition to Nokia's Motion to Quash (Dkt. 4) to April 5, 2012, and to continue the date for the hearing on Nokia's Motion to Quash to April 30, 2012. |

Whereas Apple Inc., Apple Retail Germany GmbH, Apple Sales International (collectively, "Apple"), and Nokia Inc. are continuing to confer to attempt to reach agreement on some of the issues raised in Nokia's Motion to Quash (Dkt. 4); Apple and Nokia therefore stipulate and agree to further extend the deadline for Apple to file an opposition to Nokia's Motion to Quash (Dkt. 4) to April 5, 2012, and to continue the date for the hearing on Nokia's Motion to Quash to April 30, 2012.

This is the final continuance.

IT IS SO ORDERED

Dated: March 29, 2012

*/s/ James Ware*
The Honorable James Ware
United States District Court Judge


Whereas Apple Inc., Apple Retail Germany GmbH, Apple Sales International (collectively, "Apple"), and Nokia Inc. are continuing to confer to attempt to reach agreement on some of the issues raised in Nokia's Motion to Quash (Dkt. 4); Apple and Nokia therefore stipulate and agree to further extend the deadline for Apple to file an opposition to Nokia's Motion to Quash (Dkt. 4) to April 5, 2012, and to continue the date for the hearing on Nokia's Motion to Quash to April 30, 2012.

This is the final continuance.

IT IS SO ORDERED

Dated: March 29, 2012

*/s/ James Ware*
The Honorable James Ware
United States District Court Judge