*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE INC.; APPLE RETAIL GERMANY GMBH; and APPLE SALES INTERNATIONAL, | Civil Case No.: 3:12-mc-80013-JW |
| Applicants, | |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Nokia Inc. Incorporated for Use in Foreign Proceedings | [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE AND HEARING |

1 | Whereas Apple Inc., Apple Retail Germany GmbH, Apple Sales International
2 | (collectively, "Apple"), and Nokia Inc. are continuing to confer to attempt to reach agreement on
3 | some of the issues raised in Nokia's Motion to Quash (Dkt. 4); Apple and Nokia therefore
4 | stipulate and agree to further extend the deadline for Apple to file an opposition to Nokia's
5 | Motion to Quash (Dkt. 4) to April 5, 2012, and to continue the date for the hearing on Nokia's
6 | Motion to Quash to April 30, 2012.

This is the final continuance.

IT IS SO ORDERED

Dated: March 29, 2012

_____
The Honorable James Ware
United States District Court Judge