IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of Apple Inc., et al. | NO. MISC 12-80013 JW |
| | **ORDER CONTINUING HEARING** |
| _____/ | |

A hearing on Non-Party Nokia Inc.'s Motion to Quash[1] is scheduled for April 30, 2012. Upon review of this case, and in order to control its own docket, the Court finds good cause to CONTINUE the April 30 hearing to **May 7, 2012 at 9 a.m.**

Dated: April 9, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Non-Party Nokia Inc.s' [sic] Motion to Quash Apple Inc.'s Subpoena, Docket Item No. 4.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine Saunders Haskett chaskett@cov.com
Brian C. Cannon briancannon@quinnemanuel.com
Donald Frederick Zimmer, Jr. fzimmer@kslaw.com
Laura S. Huffman lhuffman@kslaw.com

**Dated:  April 9, 2012**                                         **Richard W. Wieking, Clerk**

                                                                            **By:      /s/ JW Chambers              **
                                                                                      **Susan Imbriani**
                                                                                      **Courtroom Deputy**